UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SHARON L. MORRISON,

                Plaintiff,

  v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

No. CV 05-3047-AS

OPINION AND ORDER

**MOSMAN, J.,**

On June 21, 2006, Magistrate Judge Ashmanskas issued Findings and Recommendation ("F&R") (#12) in the above-captioned case recommending the Commissioner's decision be affirmed. Ms. Morrison filed timely objections on June 29, 2006. The magistrate judge only makes recommendations to the district court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

PAGE 1 - OPINION AND ORDER

Upon review of Ms. Morrison's objections, I agree with Judge Ashmanskas' recommendation to AFFIRM the Commissioner's decision. Thus, I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this  3rd  day of October, 2006.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER